IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ELLIS KAPLAN, | § § § § § § § § § § | |
| *Plaintiff,* | | |
| | | Case No. 7:23-cv-00367 |
| v. | | |
| ENTRAVISION COMMUNICATIONS CORPORATION | | |
| *Defendant.* | | |

### NOTICE OF SETTLEMENT

TO THE HONORABLE RANDY CRANE (U.S.D.J.)

**MAY IT PLEASE THE COURT,** plaintiff Ellis Kaplan ("Plaintiff") respectfully notifies the Court that the parties have reached a settlement in principle pending their negotiation of a final settlement agreement. We therefore respectfully request that the Court adjourn all pending dates, including the conference scheduled for January 9, 2024, and grant the parties forty-five (45) days to consummate their agreement before filing a Stipulation of Dismissal. No other dates will be impacted by this request. Defendant Entravision Communications Corporation consents to the filing of this Notice.

Respectfully submitted,

**SANDERS LAW GROUP**

/s/*James H. Freeman/*
James H. Freeman, Esq.
NY State Bar No.: 4001533
333 Earle Ovington Blvd., Ste. 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jfreeman@sanderslaw.group

## CERTIFICATE OF SERVICE

      Undersigned hereby certifies that a true and correct copy of the foregoing Notice of Settlement was served on all counsel of record via CM/ECF on December 27, 2023.

                                        /s/ *James H Freeman* /
                                        James H. Freeman